**DATATREASURY CORPORATION,**
**Appellant,**

v.

**FIDELITY NATIONAL INFORMATION SERVICES, INC.,**
**Appellee.**

**2016–1046**
**2016–1048**

United States Court of Appeals,
Federal Circuit.

October 13, 2016

CHRISTIAN JOHN HURT, Nix Patterson & Roach LLP, Dallas, TX, argued for appellant. Also represented by DEREK TOD GILLLAND, Daingerfield, TX; EDWARD K. CHIN, Albritton Law Firm, Longview, TX.

ERIKA ARNER, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Reston, VA, argued for appellee. Also represented by RACHEL L. EMSLEY, Boston, MA; KEVIN D. RODKEY, Atlanta, GA; DEBORAH SEGERS, Fidelity National Information Systems, Inc., Jacksonville, FL.

## JUDGMENT

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

PER CURIAM (MOORE, WALLACH, and CHEN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT